DOCUMENTS UNDER SEAL ☒                     TOTAL TIME (mins):   26 minutes

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ada Means | REPORTER/FTR 10:37-11:03 | |
|---|---|---|---|
| MAGISTRATE JUDGE Jacqueline Scott Corley | DATE April 27, 2017 | NEW CASE ☐ | CASE NUMBER 3-17-7031-JSC |

### APPEARANCES

| DEFENDANT Bryan Peterson | AGE 24 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Daniel Blank | PD. ☒  RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Julie Garcia | INTERPRETER Not required | FIN. AFFT SUBMITTED ☒ | COUNSEL APPT'D ☐ |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Ladreena Walton | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 24 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 2 mins | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 500,000.00/PR | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: May 2, 2017 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Spero | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant and his sureties to be interviewed by Pretrial Services this date. A new secured bond to be issued on 5/2/17.
CC: JSC

DOCUMENT NUMBER: