BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
Facsimile: (415) 436-7234
Julie.Garcia@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:17-mj-70631-MAG |
| ) | |
| Plaintiff, ) | DECLARATION OF JULIE D. GARCIA IN |
| ) | SUPPORT OF UNITED STATES' MOTION TO |
| v. ) | REVOKE RELEASE ORDER AND TO ORDER |
| ) | BRYAN PETERSEN DETAINED |
| BRYAN PETERSEN, ) | |
| ) | Date: May 9, 2017 |
| Defendant. ) | Time: 11:00 a.m. |
| ) | |
DECLARATION OF JULIE D. GARCIA IN SUPPORT OF UNITED STATES' MOTION TO REVOKE RELEASE
ORDER
3:17-MJ-70631-MAG

I, Julie D. Garcia, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. Except as otherwise stated, I make this declaration on my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true an accurate copy of the Complaint in *United States v. Bryan Petersen*, 3:17-mj-70631-MAG.

3. Attached hereto as **Exhibit B** is a true an accurate copy of the Complaint in *United States v. Ryan Michael Spencer*, 3:17-mj-70643-MAG.

4. A true and accurate copy of an audio recording of an interview with Defendant Bryan Petersen, on a CD marked as **Exhibit C**, is being submitted to the Court under seal together with this Motion.

5. I am informed by the FBI that the digital recorder used to record the interview with Petersen (Ex. C) malfunctioned during the interview. The interviewing agents only became aware of this malfunction after the interview had been completed. The interview lasted approximately two hours and fifty minutes in total, but the recording is only approximately one hour and twenty minutes long. The interview was also memorialized in a report.

6. A true and accurate copy of excerpts of Kik messages exchanged between Petersen and Spencer, in hard copy and marked as **Exhibit D**, is being submitted to the Court under seal together with this Motion.

7. A true and accurate copy of a compendium of victim impact statements submitted by parents of some of the minor victims in this case, marked as **Exhibit E**, is being submitted to the Court under seal together with this Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2017, in San Francisco, California.

/s/
JULIE D. GARCIA
Assistant United States Attorney

DECLARATION OF JULIE D. GARCIA IN SUPPORT OF UNITED STATES' MOTION TO REVOKE RELEASE ORDER
3:17-MJ-70631-MAG