1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6473
7       Fax: (415) 436-7234
        Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,            )  CASE NO. 3:17-MJ-70631-MAG
15                                       )
           Plaintiff,                    )  **UNITED STATES' NOTICE OF MOTION AND**
16                                       )  **ADMINISTRATIVE MOTION TO FILE**
       v.                                )  **EXHIBITS UNDER SEAL**
17                                       )
   BRYAN PETERSEN,                       )
18                                       )
           Defendant.                    )
19  _____ )

20                    **NOTICE OF MOTION**

21        Pursuant to Criminal Local Rule 56-1, the Government hereby moves the Court for an Order

22  permitting it to file under seal Exhibits C through E to the Declaration of Julie Garcia in Support of the

23  United States' Motion to Revoke Release Order and to Order Bryan Petersen Detained.  This motion is

24  based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the files and

25  records in this case, and any other evidence or argument that may properly be presented to the Court.

26        //

27        //

28
   UNITED STATES' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL

## MEMORANDUM OF POINTS AND AUTHORITIES

Exhibit C to the Declaration of Julie Garcia in Support of the United States' Motion to Revoke Release Order and to Order Bryan Petersen Detained is a CD containing an audio recording of an interview with Defendant Bryan Petersen, which includes references to the minor victims in this case and to targets of ongoing investigations that are not public.

Exhibit D to the Garcia Declaration is a true and accurate copy of excerpts of Kik messages exchanged between Petersen and Defendant Ryan Michael Spencer, which include images of the minor victims in this case. The images of child pornography have been blurred, and the children's names have been redacted.

Exhibit E to the Garcia Declaration is a true and accurate copy of a compendium of victim impact statements submitted by parents of some of the minor victims. These statements include highly sensitive personal information relating to the victims.

Each of these Exhibits contains highly sensitive information regarding some of the minor victims in this case, including personally identifiable information and information that, taken together, could be used to identify the victims. Under the Crime Victims' Rights Act, a victim of a crime has "the right to be treated with fairness and with respect for the victim's dignity and privacy." *See* 18 U.S.C. § 3771(a)(8). In addition, each of these exhibits contains information relevant to ongoing criminal investigations that would be compromised by public disclosure.

Therefore, the Government respectfully requests that the Court permit it to file these Exhibits under seal.

Respectfully submitted,

DATED: May 4, 2017

BRIAN J. STRETCH
United States Attorney


_____/s/_____
JULIE D. GARCIA
Assistant United States Attorney

UNITED STATES' ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL