# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: May 9, 2017                                           Judge: Hon. James Donato

Court Reporter: JoAnn Bryce

Time: 47 Minutes

Case No.     3:17-mj-70631-JSC
Case Name    USA v. Bryan Petersen

Attorney(s) for Government:    Julie Garcia
Attorney(s) for Defendant(s):  Daniel Blank
Interpreter: N/A
Pretrial Officer: Ladeena Walton

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motion to Revoke - held
Motion to Seal - held

## NOTES AND ORDERS

The Court hears argument on the government's motion to revoke pre-trial release. Dkt. No. 20. For the reasons stated on the record, defendant is remanded to pre-trial custody. A written order will follow. The Court grants the government's motion to seal. Dkt. No. 26.